

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00070-CR

ANGEL HERNANDEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2018-414,729, Honorable John J. "Trey" McClendon III, Presiding

July 17, 2019

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant Angel Hernandez appeals his conviction for assault on a public servant,[1] enhanced, and sentence to thirty years' confinement. The appellate record was originally due April 5, 2019. The clerk's record was filed by this deadline, but the reporter's record was not. We subsequently granted the reporter, Ms. Breann Hays, three extensions to file the reporter's record. By letter of June 17, 2019, we admonished Ms. Hays that no further extensions would be granted and failure to file the reporter's record by July 5 would

---

[1] TEX. PENAL CODE ANN. § 22.01(b)(1) (West 2019).

result in the appeal being abated and the cause remanded to the trial court for further proceedings without further notice. To date, the reporter's record has not been filed and Ms. Hays has not provided the Court with an explanation for her failure to file the record.

Accordingly, we abate the appeal and remand the cause to the trial court for further proceedings. *See* TEX. R. APP. P. 35.3(c); 37.3(a)(2). On remand, the trial court shall determine the following:

1.  what tasks remain to complete the filing of the reporter's record;

2.  why Ms. Hays has not completed the necessary tasks;

3.  what amount of time is reasonably necessary for the completion of those tasks; and

4.  whether Ms. Hays can complete the tasks within the time the trial court finds reasonable.

Should the trial court determine that Ms. Hays will require more than thirty days to complete, certify, and file the reporter's record, it shall arrange for a substitute reporter to do so. The trial court is directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental clerk's record and cause that record to be filed with this Court by August 16, 2019. Should further time be needed to perform these tasks, then same must be requested before August 16, 2019

It is so ordered.

Per Curiam

Do not publish.